UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Tamatha Wood,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.:1:18-cv-2716-TWP-DML |
| | ) |
| **Med-1 Solutions, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S NOTICE OF SERVICE OF PROCESS

Comes now the Plaintiff, by counsel, and hereby files this Notice of Service of Process in the above-captioned action and, in support thereof, would show the Court the following:

1. On September 7, 2018, Defendant was served with the Summons and Complaint. *See Affidavit of Process Server attached hereto as Exhibit "1".*

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp, #19891-49
Attorney for Plaintiff
5214 S. East Street, Suite D1
Indianapolis, IN  46227
Office: (317) 780-8300
Fax: (317) 217-1320
steinkamplaw@yahoo.com

## **Certificate of Service**

The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following by e-mail and via US Mail, first class postage paid and/or via ECF on September 17, 2018.

William J. Huff
Registered Agent for Med-1 Solutions, LLC
517 U.S. Highway 31 N.
Greenwood, IN 46142

    Respectfully submitted,

    /s/ John Steinkamp
    John T. Steinkamp
    John Steinkamp and Associates
    5214 S. East Street, Suite D1
    Indianapolis, IN 46227
    Office: (317) 780-8300
    Fax: (317) 217-1320
    steinkamplaw@yahoo.com