## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Indiana

Case Number: 1:18-CV-2716-TWP-DML

Plaintiff:
**Tamatha Wood**

vs.

Defendant:
**Med-1 Solutions, LLC**


TPL2018118718

For:
John Steinkamp, Esquire
John Steinkamp & Associates
5214 S East Street
Suite D1
Indianapolis, IN 46227

Received by Jerry Ensor on the 7th day of September, 2018 at 1:23 pm to be served on **Med-1 Solutions, Llc C/O Registered Agent William J. Huff, or any individual authorized to accept service, 517 U.S. Highway 31 N., Greenwood, IN 46142.**

I, Jerry Ensor, being duly sworn, depose and say that on the **11th day of September, 2018** at **2:14 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons, Civil Cover Sheet, Appearance by John Steinkamp, Complaint and exhibits** to: **Victoria Thompson** as **Receptionist** for **Med-1 Solutions, Llc**, at the address of: **517 U.S. Highway 31 N., Greenwood, IN 46142**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry, the intended recipient of the legal documents is not in the military service.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Additional Information pertaining to this Service:**
9/11/2018  2:13 pm  Attempted service at 517 U.S. Highway 31 N., Greenwood, IN  46142, subject signed the build sheet

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 14th day of Sept, 2018 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Jerry Ensor

TSI Legal
P.O. Box 173019
Tampa, FL 33672
(813) 282-0074

Our Job Serial Number: TPL-2018118718
Ref: Wood v. Med-1 Sol

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n


EXHIBIT 1